Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOMINIC BUTLER, ) <br> ) <br> Defendant. ) <br> ) | NO. CR04-5350RBL <br><br> FINAL ORDER OF FORFEITURE |

This matter comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the property listed below.

On February 15, 2005, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Dominic Butler's interest in $33,960.00 in United States Currency.  This property was subject to forfeiture pursuant to Title 21, United States Code, Section 853, based upon Dominic Butler's plea of guilty to possession with intent to distribute cocaine base, as charged in Count 30 of the Second Superseding Indictment, in violation of 21 U.S.C.§§ 841(a)(1), 841(b)(1)(A) and 860 and 18 U.S.C.§ 2 and possession with intent to distribute cocaine, as charged in Count 31 of the Second Superseding Indictment, in violation of 21 U.S.C.§§ 841(a)(1), 841(b)(1)(B) and 860 and 18 U.S.C.§ 2.

Based upon the Plea Agreement, Preliminary Order of Forfeiture, and the other files and records herein, the Court finds that defendant Dominic Butler had an interest in said property that is forfeitable under the above cited statutes.

FINAL ORDER OF
FORFEITURE/BUTLER - 1
CR04-5350RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1   Following publication of due notice on April 5, April 12, and April 19, 2005, as
2   prescribed by Title 21, United States Code, Section 853, no petitioners or claimants have
3   come forth to assert an interest in the forfeited property. Accordingly,
4      IT IS ORDERED, ADJUDGED and DECREED that the following property is
5   hereby forfeited to the United States:
6      a.   $33,960.00 in United States currency.
7      IT IS FURTHER ORDERED, ADJUDGED and DECREED that all right, title and
8   interest to the property described above is hereby condemned, forfeited and vested in the
9   United States, and shall be disposed of in accordance with the law.
10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

FINAL ORDER OF
FORFEITURE/BUTLER - 2
CR04-5350RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  The Clerk of the Court is hereby directed to send a copy of this Final Order of
2  Forfeiture to all counsel of record and send three (3) "raised seal" certified copies to the
3  United States Marshal's Service in Seattle, Washington.

4
5  IT IS SO ORDERED this 11th day of December, 2006.

6  _____
   RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

10 Presented by:
11
12
13 s/ Richard E. Cohen
   _____
14 RICHARD E. COHEN
   Assistant United States Attorney
15 United States Attorney's Office
   700 Stewart Street, Suite 5220
16 Seattle, Washington 98101-1271
   Phone:  206-553-2242
17 FAX:  206-553-6934
   E-Mail: Richard.E.Cohen@usdoj.gov

FINAL ORDER OF
FORFEITURE/BUTLER - 3
CR04-5350RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970