HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOMINIC BUTLER<br><br>    Defendant.<br><br>    and<br><br>CAMILIA BENNETT-FULLER,<br><br>    Third-Party Petitioner. | Case No. CR04-5350RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court sua sponte.

On June 8, 2009 this Court entered an Order to Show Cause Why Claimant Camilia Bennett-Fuller's Claim Should Not be Dismissed [Dkt. #654] with a response date of June 29, 2009. A review of the docket indicates that claimant has not responded to the Order to Show Cause and that the Order mailed to three separate addresses for the claimant has not been returned as undeliverable.

Therefore, Third-Party Petitioner Camilia Bennett-Fuller's claim asserting an interest in (1) 1996 GMC Sierra pickup truck, Washington license plate A92567C, VIN number ZGTEK19R4T1502767 is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

ORDER
Page - 1

1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
2  appearing pro se and to Camilia Bennett-Fuller at each of her last three known addresses..

Dated this 1st day of July, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE